UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 25-176-DLB-CJS

WILSON I. ICHICH XO                                                                             PETITIONER

v.                                                        ORDER

JAMES A. DALEY, et al.                                                                          RESPONDENTS

\* \* \* \* \* \* \* \* \* \*

Plaintiff Wilson I. Ichich Xo, through counsel, recently filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. # 1).  Xo claims that he is being improperly detained by United States Immigration and Customs Enforcement at the Campbell County Detention Center in Newport, Kentucky.  Among other things, he requests that this Court order his immediate release.

Having reviewed Xo's petition pursuant to 28 U.S.C. § 2243, the Court concludes that further briefing is required to adjudicate his claims.  Thus, the Court will direct the Respondents to respond to Xo's pleading within 14 days.  Accordingly,

**IT IS ORDERED** as follows:

(1)    The Clerk of Court is directed to send a copy of Xo's petition (Doc. # 1) and this Order by certified mail to both (a) the United States Attorney's Office for the Eastern District of Kentucky, and (b) Jailer James Daley, at the Cambell County Detention Center.

(2)    Respondents shall file their response to the petition **within fourteen (14) days after the date of entry of this Order**.  The response should be in the form of a memorandum addressing the factual allegations and legal claims contained in the

1

petition. Neither a formal motion to dismiss nor a motion for summary judgment is appropriate for these proceedings. The Respondents also should attach any relevant documentary evidence to the Response brief.

(3)   Xo shall file a reply in further support of his petition within twenty-eight (28) days after the date of entry of this Order.

This 14th day of November, 2025.



Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Cov2025\25-176 habeas order.docx